**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

PITBULL PRODUCTIONS, Inc.,
              Plaintiff,

    v.

                Case No.  05 CV 4927

Enrique Cruz individually
and d/b/a Enrique Cruz presents,
              Defendant.

                Consent Judgment

_____x

IT IS HEREBY ORDERED AND STIPULATED, as follows:

1.    This Court has jurisdiction of the parties, and the subject matter of this litigation.

2.    Plaintiff's trademarks at issue in this matter include trademarks identified in Plaintiff's trademark applications (78337523 and 78627873) and trademark registrations (2938064 and 2934966) ("Plaintiff's Trademarks"). Plaintiff's Trademarks are valid and Defendant's use of thugporn.tv infringes upon Plaintiff's Trademarks.

3.    The Defendant, its officers and employees, and those acting in concert with it are hereby permanently enjoined from using Plaintiff's Trademarks, or any trademark confusingly similar to Plaintiff's Trademarks.

4.    Defendant be required to change its business name to one which does not include the word "THUGPORN" and/ or "THUGPORN.TV" within ten (10) days of the entry of this Judgment.

5.    Defendant be required to turn over the domain name thugporn.tv to Plaintiff, within one (1) day of the entry of this Judgment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/05

1

6.      The above matter is dismissed with prejudice, and without costs or attorney's

fees to either party.

July 8, 2005


_____
Jennifer Meredith
Attorney for Plaintiff
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098


_____
Henry Cruz aka Enrique Cruz
*Pro se* Defendant
244 Fifth Avenue
Suite a 252
New York, New York 10001


SO ORDERED:

S/ _____

September 9, 2005

2